UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:22-cr-347-CEH-LSG

EDWARD VERDI-BRUNO
_____/

### ORDER

This matter comes before the Court on Defendant Edward Verdi-Bruno's Motion to Alter or Amend Erroneous Order. Doc. 592.  In the motion, Verdi-Bruno asks the Court to revisit its September 26, 2025 Order (Doc. 592), which denied his motion asking the Court to revisit its January 29, 2025 Order (Doc. 549).

Again citing Federal Rule of Civil Procedure 59 in this criminal action,[1] Verdi-Bruno argues that the Court erred in referring to Fed. R. Civ. P. 60(b)(3) in its January 29 Order, because he moved to set aside the judgment for fraud on the court under Rule 60(d)(3). Doc. 595 at 2-5.  However, the September 26 Order explained that Verdi-Bruno's allegation of fraud upon the court is not cognizable in his criminal action under either Fed. R. Civ. P. 60(b) or 60(d)(3). *See* Doc. 592 at 2-4.  Moreover, neither the analysis nor the conclusion of the January 29 Order was impacted by the reference to Rule 60(b)(3) when referring to Verdi-Bruno's motion several pages earlier. *Compare* Doc. 549 at 5-6 *with* Doc. 549 at 2.  Verdi-Bruno has not identified a

---

[1] *See* Doc. 592 at 2 n.1; Doc. 549 at 2-3.

basis to set aside or alter the judgment, nor to revisit the substantive analysis underlying it.

Verdi-Bruno also requests that the Court "issue judgment" on his motion at Doc. 541, asserting that "[t]here is no order granting or denying Doc. 541 on this Court's docket." Doc. 595 at 1.  As Verdi-Bruno is aware, the Court addressed and denied this motion in the January 29 Order. Doc. 549 at 5-6, 15.  Indeed, Verdi-Bruno argued in his first motion to alter or amend that the Court's denial of his motion at Docket 541 was erroneous. *See* Doc. 551.  To the extent he seeks a judgment on Docket 541, the January 29 Order is such a judgment.  Accordingly, his request for a judgment is denied as moot.

Finally, Verdi-Bruno asks the Court to answer specific questions regarding the bases of its prior Orders and make certain statements regarding the substance of his motions. Doc. 595 at 6.  The Court declines to do so.

Accordingly, it is **ORDERED**:

1. Defendant Edward Verdi-Bruno's Motion to Alter or Amend Erroneous Order (Doc. 592) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida on October 17, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties